UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
AT CENTRAL ISLIP
------------------------------------X
In Re:                                       Case No.
                                             812-70158-REG
                                             Chapter 7
Milton Abeles, LLC
                                             TRUSTEE'S AFFIRMATION
                                             AFFIRMATION OF
                        Debtor(s).           UNCLAIMED DIVIDENDS
------------------------------------X

    Allan B. Mendelsohn, the Trustee herein, having filed his Final Report and Account of the administration of the estate of Milton Abeles, LLC containing a Proposed Distribution to creditors of the estate funds and an Order approving of the Final Report having been issued on December 2, 2016, a copy of which is annexed hereto as an Exhibit, hereby affirms under penalty of perjury:

    1. That all distributions required pursuant to the Final Report and Proposed Distribution have been completed except as to the claims listed below for which the distribution checks were sent to the correct mailing address, were not returned as undeliverable (or were returned uncashed with no forwarding address available in which case attempts to locate the claimant have been unsuccessful), and were not presented for payment - although more than ninety days have passed since distribution was made.

    2. That, as a result of the above, payment on the dividend checks was stopped and the funds remaining in the trustee's escrow account related thereto totals $4,724.30.

    3. That the escrow account currently has a balance of $4,724.30 in unclaimed dividends as may be verified by reference to the most recent bank statement for the period ending February 28, 2017 which is annexed hereto as an Exhibit.

4. That the funds remaining in the trustee's possession are herewith being delivered to the Clerk of the Court as unclaimed dividends in order that the proper parties may eventually receive payment on their claims as follows:

```
Claim #4
Anne L. Abeles                                              $3,225.24
c/o Ralph J. Kreitzman, Esq.
74 Old Pond Road
Great Neck, NY 11023

Claim #5
Estate of Julius Abeles                                     $1,499.06
c/o Ralph J. Kreitzman, Esq.
74 Old Pond Road
Great Neck, New York 11023
```

Dated: Huntington, New York
      March 23, 2017

_____
ALLAN B. MENDELSOHN
Trustee